

**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

February 1, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:    *Calcano v. Jamestown Stamp Company, Inc.*,
                       Case No.: 1:20-cv-6701-LTS

Dear Judge Swain,

      The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Jamestown Stamp Company, Inc, ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                Respectfully submitted,
                                                */s/Jeffrey M. Gottlieb, Esq.*
                                                 Jeffrey M. Gottlieb, Esq.

cc:all counsel of record VIA ECF