USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARCOS CALCANO,

                      Plaintiff,

     -against-

JAMESTOWN STAMP COMPANY, INC.,

                      Defendant.

-----------------------------------------------------------------X

20-CV-6701 (LTS) (KHP)

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Settlement filed on February 1, 2021 (doc. no 16) the Settlement Conference currently scheduled for **February 26, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              February 2, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge